USDC SCAN INDEX SHEET

















LLS   6/24/98   10:30

3:98-CV-01155   PR NUTRITION INC V. BTU STOKER INC

*1*

*CMP.*

Stephanie Sontag, Bar No. 109701
PROCOPIO, CORY, HARGREAVES
  & SAVITCH LLP
530 B Street, Suite 2100
San Diego, California  92101
Telephone:  (619) 238-1900

Attorneys for Plaintiff, PR*NUTRITION, INC.

FILED

98 JUN 23 PM 3: 32

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PR*NUTRITION, INC., a California corporation,<br><br>               Plaintiff,<br><br>  v.<br><br>BTU STOKER INC., a California corporation,<br><br>             Defendant. | CASE NO.<br>**'98 CV 1155 J  LSP**<br>COMPLAINT FOR FALSE ADVERTISING AND UNFAIR COMPETITION<br><br>JURY TRIAL DEMANDED |

Plaintiff, PR*Nutrition, Inc., alleges as follows:

PRELIMINARY STATEMENT AND RELIEF REQUESTED

1.    Both Plaintiff PR*Nutrition, Inc. ("PR*Nutrition") and Defendant BTU Stoker Inc. (Stoker) are engaged in the sale of energy bars to a market largely consisting of athletes and other persons with an active lifestyle.  The nutritional basis of the parties' energy bars differs in that PR*Nutrition is based on a 40/30/30 concept depicting the percentage amounts of carbohydrates, protein and fats, while Stoker adheres to a high carbohydrate, low fat concept.  Stoker has recently engaged in a nationwide campaign to disparage the concepts used by PR*Nutrition, including false and/or misleading statements to retailers that the 40/30/30 concept has

1    "potentially dangerous effects" and "may even be harmful to some

2    individuals." By this action, PR*Nutrition seeks to enjoin Stoker

3    from its false and misleading advertising and requests damages in an

4    amount to compensate PR*Nutrition for the loss caused by Stoker's

5    actions.

6    <div align="center">JURISDICTION AND VENUE</div>

7        2.    This Court has jurisdiction over the matters alleged herein

8    pursuant to sections 39 and 43(a) of the Lanham Act, Title 15 U.S.C.

9    §§ 1121 and 1125(a), pursuant to Title 28 U.S.C §§ 1331 and 1337 and

10    the principles of pendent jurisdiction.

11        3.    Venue is proper in the Southern District of California

12    pursuant to § 1391(a) of Title 28 of the United States Code by virtue

13    of the fact that Plaintiff PR*Nutrition is a corporation which

14    maintains its principal place of business in the County of San Diego,

15    State of California and Defendant BTU Stoker, Inc. (Stoker) is doing

16    business in the County of San Diego including the distribution and

17    sale of products through advertising and publications all of which

18    comprise the matters which are the subject of this complaint.

19    <div align="center">THE PARTIES</div>

20        4.    Plaintiff PR*Nutrition is, and at all times herein

21    mentioned was, a corporation organized and existing under the laws

22    of the State of California with its principal place of business in

23    the County of San Diego and within the jurisdiction of the Southern

24    District of California.

25        5.    Plaintiff is informed and believes, and based thereon

26    alleges, that Defendant Stoker is, and at all times herein mentioned

27    was, a corporation organized and existing under the laws of the State

28    of California doing business throughout the United States, the State

of California, the County of San Diego and within the jurisdiction of the Southern District of California.

### ALLEGATIONS

6.   Plaintiff PR*Nutrition, Inc. developed and sells two energy bars: the PR Bar and the PR Ironman Triathalon Bar.  Both the PR Bar and the PR Ironman Triathalon Bar are based on a nutritional ratio of 40% calories from carbohydrates, 30% from proteins and 30% from fat.   The energy bar produced by Defendant Stoker has a different composition and is based on a high carbohydrate, low fat concept.  The merchandising of both Plaintiff's and Defendant's products is targeted towards athletes and those persons with an active lifestyle.

7.   At all times relevant herein, Stoker was engaged in activities in interstate commerce which affected the flow of commerce in many ways, including, but not limited to, the distribution and sale of energy bars throughout the United States.

8.   In a recent effort to denigrate Plaintiff's product, Stoker has distributed in interstate commerce advertisements consisting, inter alia, of letters and pamphlets containing materially false and/or misleading statements and omissions of fact regarding the 40/30/30 diet concept.   One advertisement consists of a letter to retailers entitled: "40/30/30 Diet Criticized by the Nation's Leading Sports and Nutrition Foundations" with an enclosed pamphlet entitled: "Questioning 40/30/30."  Plaintiff is informed and believes that the pamphlet was funded by another competitor of PR*Nutrition, Power Bar, Inc., and the brochure originally contained a legend to that effect, noting:  "This statement was supported by an educational grant from Power Bar."   In an attempt to mislead the retailers to whom the brochure was sent, Stoker deliberately deleted the reference to its

1  funding source, and, instead, characterized the brochure as being

2  prepared by a "unique and unprecedented alliance" of entities which

3  was purportedly formed "to protect consumers."  True and correct

4  copies of the letter and pamphlet are attached hereto as Exhibit "A."

5      9.   In addition to its deliberate and misleading omission

6  concerning the funding source and, therefore, likely bias of the

7  pamphlet, the material distributed by Stoker contains other

8  materially false and/or misleading statements and omissions of fact

9  including, but not limited to the following:

10      (A)  Defendant maintains that the American College of

11  Sports Medicine, American Diabetic Association, the Women's Sports

12  Foundation and the Cooper Institute for Aerobics Research formed a

13  "unique and unprecedented alliance" in order "to protect consumers

14  from the unfounded claims" as well as the "potentially dangerous

15  effects of the 40/30/30 diet concept."  These statements are false

16  and misleading for several reasons.  First, the brochure was not the

17  result of an alliance to protect the public from the 40/30/30 concept

18  but was a promotional brochure funded by a competitor to bolster

19  sales of its high carbohydrate, low fat energy bar.  Second, the

20  pamphlet does not support the statement that there are potentially

21  dangerous effects of the 40/30/30 diet.  The false, misleading and

22  disparaging statements by Defendant were made in an attempt to divert

23  sales from Plaintiff's product all to Plaintiff's detriment and

24  Defendant's benefit.

25      (B)  Stoker also falsely claims that the 40/30/30 diet "may

26  even be harmful to some individuals" as opposed to its own energy bar

27  high carbohydrate concept which Stoker claims is supported by

28  "significant scientific research."  The false and/or misleading

1  statements were distributed interstate to innumerable retailers. The

2  statement that 40/30/30 dietary concept may be physically harmful is

3  not only unsupported, but deliberately misstates the contents of the

4  brochure in an attempt to prevent retailers from purchasing the

5  Plaintiff's product all to Plaintiff's detriment and Defendant's

6  benefit.

7                              FIRST CAUSE OF ACTION

8                  (False Advertising and Violation of Lanham Act)

9       10.   Plaintiff  incorporates  by  this  reference  paragraphs  1

10  through 9 of the Complaint as though fully set forth herein.

11      11.   Stoker has distributed in interstate commerce advertising

12  containing  materially  false  and/or  misleading  statements  and

13  omissions  of  fact  regarding  Plaintiff's  energy  bar  and  its  own

14  product. Examples of the false and/or misleading advertisements are

15  contained in Exhibit A attached hereto and incorporated herein by

16  this  reference  and  set  forth  in  detail  in  paragraph  8  of  this

17  Complaint.

18      12.   The  materially  false  and/or  misleading  statements  and

19  omission of fact contained in Defendant's advertisements include, but

20  are not limited to, the following:

21           (A)   A statement that the advertising is a result of an

22  "unprecedented alliance" of several agencies rather than promotional

23  material funded by a competitor;

24           (B)   Several statements that the Plaintiff's product is

25  somehow dangerous or harmful to consumers; and

26           (C)   Unsupported claims about the benefits of Defendant's

27  product.

28

13.   Stoker has disseminated and is disseminating the letters and pamphlets containing false and/or misleading statements and omissions of fact in interstate commerce and, upon information and belief, the advertisements are being disseminated nationwide to all retailers for the purpose of deceiving consumers into purchasing Defendant's product rather than the products produced by Plaintiff and in an attempt to disparage Plaintiff's product.   As a result, Plaintiff has suffered economic and irreparable damage in the form of lost sales and lost reputation, all according to proof at the time of trial.

14.   Defendant's false and/or misleading statements and omissions of fact violate Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

15.   Plaintiff is entitled to monetary and injunctive relief as a result of Defendant's wrongful conduct and is entitled to treble damages as a result of Defendant's deliberate wrongful conduct.

<div align="center">SECOND CAUSE OF ACTION

(Violation of California Business and Professions
Code Section 17200, et seq.)</div>

16.   Plaintiff incorporates by this reference paragraphs 1 through 15 of the Complaint as though fully set forth herein.

17.   Defendant has made unfair, deceptive, untrue and misleading claims in its advertisements concerning the characteristics and quality of its energy bars and in deceptive and misleading statements concerning the qualities of Plaintiff's product.

18.   As a result of the misstatements contained in Defendant's advertisements, reasonable consumers have and continue to be misled.

19.   The misstatements constitute unfair competition within the meaning of California Business and Professions Code Section 17200.

20.   If Defendant is not enjoined from these practices, consumers are likely to continue to be deceived and Plaintiff will suffer immediate and continuing irreparable harm to its current and prospective business relationships, market share, good will and reputation.

21.   Plaintiff is without an adequate remedy in law to prevent the acts of Defendant or the likely harm that Plaintiff will continue to suffer if Defendant's acts are not enjoined.   In addition, as a result of Defendant's unlawful conduct, Defendant has been unjustly enriched and received elicit gains.   Therefore, Plaintiff requests that the Court enjoin Defendant from continuing its wrongful acts and order that Defendant disgorge all revenues received as a result of its improper conduct and misleading claims.

### THIRD CAUSE OF ACTION

(Violation of California Business and Professions Code
Section 17500, et seq.)

22.   Plaintiff incorporates by this reference the allegations of paragraphs 1 through 21 of the Complaint as though fully set forth herein.

23.   Defendant's statements and advertisements as more fully set forth herein are untrue and misleading and constitute a violation of California Business and Professions Code Section 17500.

24.   Plaintiff is without an adequate remedy in law to prevent the acts of Defendant or the likely harm that Plaintiff will continue to suffer if Defendant's acts are not enjoined.   In addition, as a result of Defendant's unlawful conduct, Defendant has been unjustly

1  enriched and received elicit gains.  Therefore, Plaintiff requests

2  that the Court enjoin Defendant from continuing its wrongful acts and

3  order that Defendant disgorge all revenues received as a result of

4  its improper conduct and misleading claims.

5                    FOURTH CAUSE OF ACTION

6         (Violation of California Business and Professions
                     Code Section 17508)
7

8        25.  Plaintiff incorporates by this reference the allegations

9  of paragraphs 1 through 24 of the Complaint as though fully set forth

10 herein.

11       26.  The advertisements as set forth herein contain false or

12 misleading claims that purport to be based on factual, objective or

13 clinical evidence by uninterested parties and contain unfounded

14 comparisons between Defendant's and, indirectly, Plaintiff's products

15 all in violation of Business and Professions Code Section 17508.

16       27.  Plaintiff is without an adequate remedy in law to prevent

17 the acts of Defendant or the likely harm that Plaintiff will suffer

18 if Defendant's acts are not enjoined.  In addition, as a result of

19 Defendant's unlawful conduct, Defendant has been unjustly enriched

20 and received elicit gains.  Therefore, Plaintiff requests that the

21 Court enjoin Defendant from continuing its wrongful acts and order

22 that Defendant disgorge all revenues received as a result of its

23 improper conduct and misleading claims.

24       WHEREFORE, Plaintiff PR*Nutrition, Inc. respectfully requests

25 the following:

26       1.  A  preliminary  and  permanent  injunction  restraining

27 Defendant and its agents and employees and all others in active

28 concert  or  participation  with  Defendant  from  further  use  and

1  dissemination of the advertisements attached hereto as Exhibit A and

2  all other advertisements and promotions containing similar, false

3  and/or misleading claims;

4      2.   An order that Defendant shall: (a) disseminate corrective

5  notices and/or advertisements, as the Court deems appropriate, to all

6  persons who have received Defendant's false and misleading

7  advertisements; (b) account for and pay to PR*NUTRITION, INC. all

8  profits wrongfully derived by Defendant by its false and misleading

9  advertisement and that such damages be trebled in accordance with 15

10  U.S.C. Section 1117;

11     3.   For Defendant to pay such damages that have been suffered

12  by PR*NUTRITION, INC. and that such damages be trebled in accordance

13  with 15 U.S.C. Section 1117;

14     4.   For Defendant to pay the costs of this action together with

15  Plaintiff's reasonable attorneys' fees and disbursements in

16  accordance with 15 U.S.C. Section 1117;

17     5.   For Defendant to file with this Court and serve on

18  PR*NUTRITION, INC. a report in writing under oath setting forth in

19  detail the manner and form in which Defendant has complied with the

20  terms of any injunction entered by this Court in accordance with 15

21  U.S.C. Section 1116;

22     6.   For such other and further relief as this Court deems just

23  and proper.

24  DATED: _June 23, 1998_          PROCOPIO, CORY, HARGREAVES
                                       & SAVITCH LLP
25

26                              By _____
27                                 Stephanie Sontag
                                    Attorneys for Plaintiff
28                                  PR*NUTRITION, INC.

EXHIBIT A

BTU Stoker, Inc.
P.O. Box 408
San Anselmo
California 94979
Ring: 415 257 2210
Fax: 415 257 2225



### 40/30/30 Diet Criticized By The Nation's Leading Sports and Nutrition Foundations

Dear Retailer:

A unique and unprecedented alliance has been formed by The American College of Sports Medicine, The American Dietetic Association. The Women's Sports Foundation and The Cooper Institute for Aerobics Research to protect consumers from the unfounded claims and potentially dangerous effects of the 40/30/30 diet concept. The diet has been heavily promoted by a number of food and energy companies, *The Zone* book and "zone" diet centers, among others.

According to the report, the 40/30/30 diet, based on the premise that 40% of calories come from carbohydrates, 30% from protein and 30% from fat, lacks scientific research to substantiate claims that "high carbohydrate diets can lead to insulin resistance and cause the body to store excess carbohydrates as fat."[1] The report also states that any claims made by 40/30/30 authors, such as Barry Sears, author of *The Zone*, are merely anecdotal, unpublished research.

The report urges consumers to be aware that higher protein diets promoted by 40/30/30 proponents may even be harmful to some individuals. Instead, significant scientific research confirms the longstanding recommendation that carbohydrates remain the main source of energy for active individuals and should comprise 55-65% of total calories. Athletes training for performance may need up to 70%. Protein, while important, should not exceed approximately 10-15% of total calories, and fat should make up the remainder.

At Stoker, we rely on proven nutritional research to formulate our energy bars. Stoker Energy Bars are a high carbohydrate, low fat food which provide energy to support both competitive athletes and active, nutrition conscious individuals. Stokers also provide 100% of an adult's RDA of vitamins B, C, E and other essential vitamins, minerals and amino-acids and contain absolutely no high fructose corn syrup.

We hope this report will be a useful guide to providing will-supported nutritional advice that may hinder your diet or performance goals. If you have any questions or would like to share your thoughts, please feel free to call us directly at 800.318.9532.

Regards,

The Folks at Stoker

[1] Sears B. (1995). *The Zone*. New York: HarperCollins Publishers Inc.

Post-it® Fax Note   7671   Date 6/10   # of pages 1
To STEPHANIE SONTAG   From BILL LOGUE
Co./Dept.   Co.
Phone #   Phone #
Fax #   Fax #

**EXHIBIT A**



# QUESTIONING 40/30/30

## A guide to understanding sports nutrition advice



This statement was supported by an educational grant from 

   

THE AMERICAN
DIETETIC
ASSOCIATION

# QUESTIONING 40/30/30

## A guide to understanding sports nutrition advice



## INTRODUCTION

Physical activity and healthy eating are interrelated foundations of healthful lifestyles. Major health documents such as *Healthy People 2000,* *1995 Dietary Guidelines for Americans,* and the *1996 Physical Activity and Health: A Report of the Surgeon General* repeatedly highlight the need to increase moderate physical activity and maintain a healthy weight among all Americans.  Diet is also recognized as a key factor in athletic performance. and through research we are learning more about the role of nutrition in athletic performance.[1]

This growth in health knowledge provides opportunities for professionals to communicate information on sound physical activity and eating practices. However, questionable nutrition advice for health-conscious adults as well as for athletes is common. Although athletes may be highly educated, they are often vulnerable to regimens and products that promise a performance edge. The advice adopted by serious athletes. be it sound or misguided. often becomes the model for many health conscious Americans.  When practices involve bad advice. the result can be millions of dollars spent on products and services that are useless or harmful for athletic performance and overall health.

Fad diets that target and attract athletes number in the hundreds. and many can be dismissed by



1

## BALANCE IS IMPORTANT

applying common sense. But de-bunking notions that sound plausible or are promoted by seemingly credible practitioners may require considerable expertise. Nutrition professionals are qualified and accessible experts who can put diet advice into perspective.

This guide encourages Americans to adopt sound nutrition practices that encourage high performance at all levels of physical activity and provides tools for questioning the claims made by fad diets. The guidelines presented here are offered to help separate nutrition sense from nonsense. To show the importance of questioning nutrition recommendations, the statement looks at the "40/30/30" diet being promoted to athletes and those trying to lose weight. This fad is based on the recommendation that 40 percent of calories come from carbohydrates, 30 percent of calories come from protein and 30 percent of calories come from fat.

An educated examination shows the premises of this diet to be misguided and the diet plan inadequate in some major nutrients, particularly carbohydrates. The 40/30/30 diet is compared to the current diet recommendations of nutrition and sports medicine experts, outlined in this guide.



2

Experts in sports nutrition confirm that performance in endurance events depends upon many factors, including an adequate amount of carbohydrates stored in the muscle as glycogen. Thus, high-carbohydrate diets are promoted as the ideal balance for athletic performance, and for overall health.

For the average American, a healthy daily diet includes at least 6-11 servings of bread, cereal, rice or pasta; 3-5 servings of vegetables; 2-4 servings of fruit; 2-3 servings of milk, yogurt and cheese; and 2-3 servings of meat, poultry, fish, dry beans, eggs and nuts, as recommended in the "Food Guide Pyramid."[5] Table 1 (see pages eight & nine) summarizes these recommendations for different energy needs. This balanced diet provides 55 percent-65 percent of calories as carbohydrates, 10 percent-15 percent of calories from protein and less than 30 percent of calories from fat. However, these guidelines are not for everyone. People with special needs, such as people with diabetes, should consult their physician and a registered dietitian to create a meal plan specifically for them. Athletes' needs may also differ depending on the intensity and duration of activity.



3

# NUTRITION NEEDS VARY BASED ON LEVELS OF ACTIVITY

Everyone should try to incorporate physical activity into their lifestyle, but people have different approaches to fitness. Some are trying to meet the minimum amount of activity recommended for good health—at least 30 minutes of moderate physical activity most days of the week[4]—while others set aside a substantial part of their leisure time to enjoy vigorous physical activity. For people who compete in professional or non-professional events, sports and fitness are major priorities. Depending upon the level of physical activity, nutrition needs can vary, as described below.

## Less-to-Moderately Active, But Healthy Individuals

For those who are trying to meet even the minimum amount of physical activity recommended, diet concerns are likely to focus on losing pounds or maintaining a healthy weight. These concerns are warranted because dietary factors and activity patterns that are too sedentary have been connected with the risk of developing heart disease, diabetes, some types of cancer and other debilitating conditions.[7] Being overweight also can promote insulin resistance, which may increase risk factors for heart disease.[8] Achieving a healthy weight with moderate exercise and a balanced, calorie-controlled diet is the goal for this group. A healthy diet for weight loss

4

among sedentary or moderately active men provides an average of 2200 calories a day; for women, 1600 calories a day. Weight loss diets should be at a calorie level that supports losing half to one pound per week. The distribution of calories should follow the balanced diet described above.

## Recreational Athletes/Active Individuals: Training for Health and Weight Control

Those who enjoy two to four hours of moderate to vigorous activity per week have greater energy demands: about 2800 calories per day for active men and 2200 calories per day for active women. Carbohydrates are the primary source of energy for peak performance and recovery. Protein needs are slightly raised but do not increase beyond 1.5 grams per kilogram body weight,[4] or 10 percent to 15 percent of total caloric needs. It should be noted that the protein provided by the diets of most American adults already exceeds recommended levels. Fat intake should be less than 30 percent of daily calories to reduce the risk of developing chronic diseases,[2] but normally there is no need to restrict fat to less than 20 percent of total calories. Increases in other nutrients, including vitamins and minerals, are met by eating more food and varying choices following "The Food Guide Pyramid." Despite claims of popular diets, better performance is obtained more often through improved training rather than radical food regimens. Fluids are also essential before, during and after exercise.

5

Water or a sports drink with a carbohydrate concentration of less than 8 percent (less than 20 grams per eight ounce serving) are effective for most recreational athletes. Experts recommend drinking about two cups or 16 ounces (approximately 500 ml) of fluids two hours before exercise, and drinking as much as possible during and after exercise to replace water lost through sweat.[9] Sweat loss during exercise can range from 0.5-2 liters per hour (one to four pounds per hour) of body weight loss depending on body size, the intensity of the exercise, the temperature and humidity and the athlete's acclimation to the environment. Athletes need to make an effort to drink plenty of fluids, even when they do not feel thirsty. For every pound of weight lost during exercise, two cups or 16 ounces (approximately 500 ml) of water is needed for rehydration.

## Competitive Athletes:
## Training for Performance

Men and women who place high physical demands on their bodies, such as college athletes, marathoners, cyclists and others may require 33-50 calories per kilogram body weight, which can add up to 3500 to 4000 calories per day.[10] Many endurance athletes consume up to seven to ten grams of carbohydrates per kilogram body weight for optimal performance and glycogen recovery, especially in the days leading up to an event.[4,11] As seen in Tables 2a and 2b (see page eight), this may result in carbohydrates meeting

6

up to 65 percent to 70 percent of daily calories. In clinical studies, diet that provided 70 percent of calories from carbohydrates resulted in improved performance compared to a diet consisting of 42 percent of calories from carbohydrates.[12] During intensive exercise lasting more than one hour, it has been recommended that 30-60 grams of carbohydrates be consumed each hour to delay fatigue. Foods like ripe bananas; high-carbohydrate energy bars, sport drinks, or energy gels; bread with jelly; and even low-fat confectionery and cookies have been shown to be effective during long events.[13] Carbohydrate re-loading is equally important after an event to replenish glycogen stores. While protein needs may increase slightly due to intense exercise, they do not exceed 1.5 to 1.9 grams per kilogram body weight, or 10 percent to 15 percent of calories. The remaining calorie needs are met by fat.

Fluid needs before and during exercise remain essential. In addition to the guidelines for fluids described above, athletes involved in events lasting more than 1 hour also can benefit from sports drink preparations that contain 4 percent-8 percent carbohydrates (13-20 grams per eight oz. servings) and sodium. These ingredients can help delay fatigue, and the enhanced flavor may encourage athletes to drink more.[9]



7

# GAINING THE COMPETITIVE EDGE

Competitive athletes looking for a "performance edge" tend to be vulnerable to new diets and ideas that promise *enhanced performance. Unfortunately, this search for an* edge can lead to poor nutrition and competitive disadvantages. For athletes who are already meeting nutritional needs, *real* changes in performance are seen with improved training. Peak performance requires working with a knowledgeable coach or trainer to create tailored training regimens that include a healthy, high-carbohydrate meal plan.

Other nutritional problems may be brought on by weight-loss attempts too close to competition or by taking good nutrition advice too far. For instance, some diet-conscious athletes have mistakenly focused on carbohydrates to the point of depriving themselves of protein, fat and other nutrients provided by a well-balanced meal plan.

## Sample Diets for a Day at Different Levels of Activity

*The guidelines discussed above are recommended by most nutrition and sports medicine experts. These guidelines are based on the weight of evidence collected from clinical studies and observations of athletic performance.* Table 1 translates these nutrient recommendations into actual food groups. This table is adapted from recommendations in "The Food Guide Pyramid" by the National Academy of Sciences, the U.S. Department of Agriculture and the U.S. Department of Health and Human Services.[14] It provides guidelines for total calories and a balanced distribution of foods for different levels of activity.

## Table 1.  Guideline for Consumption of Calories and Food Types

| activity level[1] | calories | bread servings[2] | vegetable servings[3] | fruit servings[4] | milk servings[5] | meat (ounces)[6] |
|---|---|---|---|---|---|---|
| sedentary women | 1600 | 6 | 3 | 2 | 2 - 3 | 5 |
| active women; sedentary men | 2200 | 9 | 4 | 3 | 2 - 3 | 6 |
| active men/very active women | 2800 | 11 | 5 | 4 | 2 - 3 | 7 |
| competitive athletes | 3500 | 15 | 68 | 5 | 2 - 3 | 8 |



1  activity level categories are provided for the purpose of example  Exact caloric needs should be determined on an individual basis  depending upon weight  activity level and nutrition goals

2  1 slice bread  1 oz  ready-to-eat cereal  ½ cup cooked cereal  rice or pasta

3  1 cup raw leafy vegetables  ½ cup other raw vegetables  ½ cup vegetable juice

4  medium apple  banana  orange  ½ cup chopped  cooked or canned fruit  ¾ cup fruit juice

5  1 cup milk or yogurt  1½ oz  natural cheese  2 oz  processed cheese

6  1 oz  cooked lean meat  poultry  or fish  ½ cup cooked dry beans or 1 egg counts as 1 oz  lean meat  Two tablespoons of peanut butter or ⅓ cup nuts count as 1 oz  meat



8

9

The discussion to this point represents the views of the majority of experts. However, other diet plans promising improved performance or weight loss are heavily promoted through books and products despite the lack of substantive evidence to back their claims. High-protein diets are a good example of food fads that, upon closer examination, don't make the grade. The remainder of this guide addresses diet advice, both good and bad.

# EVALUATING DIET ADVICE

## Some Points to Consider

Every year hundreds of new diet plans, products and quick weight loss schemes hit the market. A thoughtful approach to new diets can help one decide if a "new breakthrough" is worth the time—and the money. Consider the following:

▶ Do the claims seem reasonable? If claims for improved performance and weight loss sound too good to be true, they probably are too good to be true.

▶ Does the diet promise quick weight loss? Sound weight loss programs aim for losing no more than half to one pound per week.

▶ Does the diet plan recommend physical activity? Exercise is the best predictor of success in maintaining weight loss.

10

▶ Are only certain foods emphasized? Are some foods not allowed? Eating foods you enjoy, in moderation, makes it easier to stick with a diet. Not allowing certain foods may increase the likelihood that you will "cheat," binge or even give up on the diet.

▶ Can you sustain the regimen for the rest of your life? Weight loss or maintenance and athletic performance depend upon sticking with an eating and training plan over the long term.

## Fact and Fiction About High-Protein Diets

"High-protein" diets are not new—they echo weight loss diets of the 1970s that were found to be largely ineffective, and in some cases produced potentially dangerous side effects.[15] The 1990s version of high-protein diets take two forms: a very-low carbohydrate or "ketogenic" diet promoted mostly for weight loss; and a reduced-carbohydrate or "40/30/30" diet that claims to be suitable for athletes as well as for those trying to lose weight. Neither of these high-protein diets are suitable. Both raise safety concerns from health advisors and are judged ineffective by sports experts.

Advocates of 40/30/30 diets claim their advice is based on new "Nobel Prize-winning research." Yet a number of points made in books such as The Zone[16] by Barry Sears, Healthy for Life[17] by Richard Heller

11

and Rachael Heller, and *Protein Power* by Michael Eades and Mary Dan Eades have been challenged as based on "unfounded ideas"[19] and "an appalling over-simplification of complex physiological processes."[20] Researchers whose work is cited by these authors have spoken out against the use of their findings. For instance, Sears and the Eades cite the work of Gerald Reaven, M.D. when they blame high-carbohydrate diets for stimulating the production of "bad" eicosanoids, a metabolic byproduct. They link eicosanoids to conditions such as heart disease, cancer, lupus, arthritis and multiple sclerosis. In response, Dr. Reaven has said that it is "hard to swallow that anybody could really believe eicosanoids are the key to all health and disease... One thing can't have an effect on everything else."[19]

Additional "proof" offered by these authors is based on anecdotes and unpublished testimony. For example, Sears claims that the 40/30/30 regimen is responsible for turning around the performance of the Stanford University women's swim team following years of losses to the University of Texas. But he fails to note that before Stanford's winning streak, the Texas coach and several athletes of national caliber transferred to Stanford. According to the team's physician, a former All-American swimmer at Stanford, "I am unaware of any evidence to support a correlation between those who follow the 40/30/30 diet and the athletes' performance." While he feels that no

12

one at Stanford has been harmed by the diet, the physician emphasized that "since athletic success is multifactorial, any attempt to give credit for Stanford's athletic success to a diet is insulting to the coaches and athletes whose talent, incredible dedication and hard work are the primary factors for their success." Furthermore, he says "the Stanford athletes have now educated themselves about the value of a well-balanced diet."[21]

What follows is a closer look at the key claims forwarded by advocates of 40/30/30 diets and responses from sports nutrition experts.

► **CLAIM:** A 3:4 ratio of protein to carbohydrates will decrease the production of "bad" eicosanoids and promote "good" eicosanoids, which play a key role in "virtually every disease state."[5] In another version of 40/30/30 diets, the goal of high-protein diets is to reduce "Profactor-H," described as "a deadly imbalance that comes from having too much insulin in your bloodstream."[17]

**FACT:** No published research has found either eicosanoids or Profactor-H to be major contributors to the health conditions cited by authors of 40/30/30 diets.[18]

**FACT:** The amount of protein recommended by 40/30/30 diets is high compared with scientifically based research on protein needs.[16] For

13

example, a 150-pound athlete who eats 3000 calories per day would get about 3 grams of protein per kilogram body weight, based on a 30% protein diet—double the recommended intake for active people. A higher-protein diet could be harmful for people with renal disease or other conditions requiring a special diet.[15]

**CLAIM:** A high-carbohydrate diet promotes insulin resistance, which causes the body to store excess carbohydrates as fat instead of using this calorie source for energy.[16-18]

**FACT:** Symptoms of insulin resistance occur most often among people who are overweight and sedentary and can usually be reversed or diminished by adopting moderate exercise and healthy eating.[22] In active people, a carbohydrate load before exercising temporarily raises the level of insulin in the blood, but this has not been found to impair performance.[23]

**FACT:** Much of the research cited by proponents of 40/30/30 was conducted using subjects who are insulin resistant. It cannot be assumed that this research will apply to healthy, active people.

**CLAIM:** Fat is the primary source of energy for muscles.[16]

**FACT:** Fat can be a source of energy, particularly at rest or low levels of activity. During intense physical activity, carbohydrates stored as glycogen in muscles are the primary sources of energy. More important, carbohydrates are essential for glycogen recovery following activity to ensure continued optimal performance.[24,25] The 40/30/30 ratio does not provide enough carbohydrates in the long term to enable competitive athletes to reach peak performance. Eating more fat does not help you burn fat better. But excess calories from fat can easily make you fatter.[26]

**CLAIM:** Diets based on the 40/30/30 ratio burn calories more efficiently, resulting in achieving and maintaining a healthy weight.[16,18]

**FACT:** Following the plans recommended in the popular high-protein diet books will result in weight loss only because they provide so few calories. Experts stress that the plans are too low in calories to provide the energy needed by most athletes or active people. When the diet is followed in amounts that meet energy needs, 40/30/30 diets are excessively high in protein and fat.[27]

Other diet regimens may seize on popular, but unproved, claims like emphasizing "magic" ingredients in specific foods, trace nutrients or supplements. The merit of any diet hinges on whether it allows for a healthy balance of calories from carbohydrates, protein and fat.

# CARBOHYDRATE/PROTEIN/FAT INTAKE

## Comparison of a Recommended Diet*
## and a 40/30/30 Diet

Tables 2a and 2b summarize recommended diet guide-
lines for athletes compared to that specified by
40/30/30 diets. The tables show the amount of calories
from carbohydrates, protein and fat when enough food
is eaten to meet energy needs. As the tables show, the
40/30/30 meal plan is lower in carbohydrates than the
recommended diet, but excessive in protein and too
high in fat. Overall, the 40/30/30 diet does not provide
balanced nutrition for optimal health and performance.*

## Table 2a. Male Competitive Endurance Athlete,
70kg (154 lbs) Aerobic Training 7 Hours/Week**

|  | recommended (65/15/20) | 40/30/30 |
|---|---|---|
| calories | 3500 | 3500 |
| carbohydrate (grams) | 570 (8 g/kg) | 350 (5 g/kg) |
| protein (grams) | 131 (1.9 g/kg) | 262 (3.8 g/kg) |
| fat (grams) | 78 | 117 |

* common recommendations for competitive athletes
   60% - 70% of calories from carbohydrate (7 to 10 g/kg body weight)
   10% - 15% of calories from protein (1.5 - 1.9 g/kg body weight)
   15% - 30% of calories from fat

** running at 5 - 8 minute per mile pace

## Table 2b. Female Competitive Endurance Athlete,
55kg (120 lbs) Aerobic Training 7 Hours/Week**

|  | recommended (65/15/20) | 40/30/30 |
|---|---|---|
| calories | 2750 | 2750 |
| carbohydrate (grams) | 445 (8 g/kg) | 275 (5 g/kg) |
| protein (grams) | 103 (1.9 g/kg) | 206 (3.8 g/kg) |
| fat (grams) | 61 | 92 |

* common recommendations for competitive athletes
   60% - 70% of calories from carbohydrate (7 to 10 g/kg body weight)
   10% - 15% of calories from protein (1.5 - 1.9 g/kg body weight)
   15% - 30% of calories from fat

** running at 5.5 - 8.5 minute per mile pace

Even without the benefits of an expert evaluation, the
claims of 40/30/30 diets should raise alarms when the
previous guidelines are considered.

► *Do the claims seem reasonable?* Statements
   like "you can burn more fat watching TV than
   by exercising."[16] clearly disregard common sense.
   Other claims elicit fear responses with statements
   like "Profactor-H's impact is mounting by the day
   and if it were a contagious disease it would be
   classified as epidemic."[17]

► *Are only certain foods emphasized? Are some
   foods not allowed?* The cover
   of one book warns that eating
   several fruits, vegetables, breads,
   cereals and grains "could be
   dangerous to your health..."[16]

No reasonable diet would exclude these low-fat, nutrient-rich foods.

▶ *Can you sustain the regime for the rest of your life?* While book covers promise to help you lose weight permanently, following the plans inside may leave you hungry for calories after only a few days. *Protein Power* helpfully lists several unpleasant side effects from following their high-protein diet, including dizziness, diarrhea, insomnia, fatigue and aching legs.

## THE BOTTOM LINE: STAY BALANCED

The merit of any eating plan is based on promoting a healthful personal goal, such as physical performance, weight loss or weight maintenance. Much about diet and performance remains unknown because of a lack of long-term scientific studies. It is crucial that any eating plan provides enough energy to support performance at any level of activity, and this means providing enough calories and carbohydrates. Following many fad diets, like a 40/30/30 prescription, can result in the wrong balance of calories for all levels of activity. The limited carbohydrates make the 40/30/30 regimen unfit for healthy individuals, and potentially harmful for people with metabolic disorders such as renal disease.

18

Everyone wants to look and feel good, and this desire can make some people likely targets for unsound nutrition advice. Consumers of diet information—average Americans and competitive athletes alike—should be informed about how to make decisions that can help them reach their weight and fitness goals without sacrificing good health. This means looking at diet advice with a critical eye—considering the source, logic and sustainability of any eating plan—and even consulting a qualified nutrition professional.

This guide is provided to help consumers recognize sound nutrition advice and to provide them with tools for separating diet and performance fact from fiction.



19

## REFERENCES CITED

*Healthy People 2000. National Health Promotion and Disease Prevention Objectives* (1990). Washington, DC: US Department Health and Human Services.

Dietary Guidelines Advisory Committee. (1995). *Report of the Dietary Guidelines Advisory Committee on the Dietary Guidelines for Americans.* 1995

U.S. Department of Health and Human Services. (1996). *Physical Activity and Health: A Report of the Surgeon General.* Atlanta, GA: U.S. Department of Health and Human Services, Centers for Disease Control and Prevention, National Center for Chronic Disease Prevention and Health Promotion.

Position of The American Dietetic Association and The Canadian Dietetic Association: Nutrition for physical fitness and athletic performance for adults. (1993). *Journal of the American Dietetic Association,* 93(6):691-696

Information on what constitutes a serving size is available from your county extension home economist (Cooperative Extension System), public health nutritionist; or dietitian (R.D.) in hospitals, other community organizations or private practice.

American College of Sports Medicine. (1990). The recommended quantity and quality of exercise for developing and maintaining cardiovascular and muscular fitness in healthy adults. *Medicine and Science in Sports and Exercise.* 22(2):265-74.

National Academy of Sciences, National Research Council, Food and Nutrition Board (1989) *Diet and Health: Implications for Reducing Chronic Disease Risk.* Washington, D.C., National Academy Press

Reaven GM. (1995) Pathophysiology of insulin resistance in human disease. *Physiological Reviews.* 75(3): 473-486.

Convertino VA, Armstrong LE, Coyle EF, Mack GW, Sawka MN, Senay LC, Sherman WM. (1996). Exercise and fluid replacement ACSM position stand. *Medicine and Science in Sports and Exercise.* 28(1). i-vii

National Academy of Sciences, National Research Council, Food and Nutrition Board. (1989). *Recommended Dietary Allowances,* 10th ed. Washington, D.C., National Academy Press

Walberg-Rankin J. (1995). Dietary carbohydrate as an ergogenic aid for prolonged and brief competitions in sport. *International Journal of Sports Nutrition,* 5(suppl) s13-s28

Simonsen JC, Sherman WM, Lamb, DR, Dernback AR, Doyle JA Strauss R (1991) Dietary carbohydrate, muscle glycogen, and power during rowing training. *Journal of Applied Physiology,* 70:1500-1505

Coyle EF, Coyle E. (1993). Rating carbohydrates that speed recovery from intense training. *The Physician and Sports Medicine,* 21(2) 111-123

[14] United States Department of Agriculture. (1992). *The Food Guide Pyramid, HG 252.* Washington, D.C., GPO.

[15] Council on Foods and Nutrition. (1973). A critique of low-carbohydrate ketogenic weight reduction regimens. A review of Dr. Atkins' diet revolution. *Journal of the American Medical Association,* 224(10): 1415-1419.

[16] Sears B. (1995). *The Zone.* New York: HarperCollins Publishers Inc.

[17] Heller RF, Heller RF. (1996). *Healthy for Life.* New York: Plume.

[18] Eades MR, Eades MD. (1996). *Protein Power.* New York: Bantam Books.

[19] "Entering a high-protein twilight zone." *Tufts University Diet & Nutrition Letter,* 1996, 14(3):4-6.

[20] Coleman EJ. (1996). The BioZone nutrition system: A dietary panacea? *International Journal of Sport Nutrition,* 6:69-71.

[21] Personal communication.

[22] Facchini F, Coulston AM, Reaven GM. (1996). Relation between dietary vitamin intake and resistance to insulin-mediated glucose disposal in healthy volunteers. *American Journal of Clinical Nutrition.* 63:946-949.

[23] Costill DL, Hargreaves M. (1992). Carbohydrate nutrition and fatigue. *Sports Medicine,* 13(2):86-89.

[24] Coyle EF. (1995). Substrate utilization during exercise in active people. *American Journal of Clinical Nutrition,* 61(suppl):968S-979S.

[25] Helge JW, Richter EA, and Kiens B. (1996). Interaction of training and diet on metabolism and endurance during exercise in man. *Journal of Physiology* (Lond.), 492:293-306.

[26] Anderson O. (1996). Low-fat, high-carbohydrate diets are assaulted again: Should you try to adopt a "zone-favorable" diet? *Running Research News,* 12(3):4-7.

[27] Titchenal CA, Dobbs JC, Hetzler RK. (1996). Macronutrient composition of *The Zone* diet based on computer analysis. *Medicine & Science in Sports & Exercise* (forthcoming abstract).

We would like to acknowledge the following individuals who contributed to the development of this guide: Ruth Ann Carpenter, M.S., RD., L.D.; Ann Coulston, M.S., R.D.; Edward F. Coyle, Ph.D.; Jill Kanaley, Ph.D.; Alice Lindeman, Ph.D., R.D.; Meg Molloy, M.P.H., R.D., L.D.N.; T. Elaine Prewitt, Dr. P.H.; Alan Titchenall, Ph.D.

JS 44
(Rev. 11/95)

## CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS

PR*NUTRITION, INC., a California corporation

**DEFENDANTS**

BTU STOKER INC., a California corporation

FILED

98 JUN 23 PM 3:3

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF __San Diego__
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT __San Diego__
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Stephanie Sontag, Esq., SB#109701
Procopio, Cory, Hargreaves & Savitch
530 B Street, Suite 2100
San Diego, CA  92101   (619) 238-1900

ATTORNEYS (IF KNOWN)

'98 CV 1155 J    LSP

### II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business in this State | [X] 4 | [X] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business in Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

### IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

### V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| [ ] 110 Insurance | [ ] 310 Airplane | [ ] 362 Personal Injury— Med Malpractice | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 315 Airplane Product Liability | [ ] 365 Personal Injury— Product Liability | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 320 Assault, Libel & Slander | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 | | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | | | | PROPERTY RIGHTS | [ ] 450 Commerce/ICC Rates/etc |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | [ ] 630 Liquor Laws | [ ] 820 Copyrights | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine | PERSONAL PROPERTY | [ ] 640 R.R. & Truck | [ ] 830 Patent | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 345 Marine Product Liability | [ ] 370 Other Fraud | [ ] 650 Airline Regs | [ ] 840 Trademark | [ ] 810 Selective Service |
| | [ ] 350 Motor Vehicle | [ ] 371 Truth in Lending | [ ] 660 Occupational Safety/Health | SOCIAL SECURITY | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 355 Motor Vehicle Product Liability | [ ] 380 Other Personal Property Damage | [ ] 690 Other | [ ] 861 HIA (1395ff) | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 160 Stockholders' Suits | [ ] 360 Other Personal Injury | [ ] 385 Property Damage Product Liability | LABOR | [ ] 862 Black Lung (923) | [ ] 891 Agricultural Acts |
| [ ] 190 Other Contract | | | [ ] 710 Fair Labor Standards Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 892 Economic Stabilization Act |
| [ ] 195 Contract Product Liability | | | [ ] 720 Labor/Mgmt. Relations | [ ] 864 SSID Title XVI | [ ] 893 Environmental Matters |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | [ ] 730 Labor/Mgmt. Reporting & Disclosure Act | [ ] 865 RSI (405(g)) | [ ] 894 Energy Allocation Act |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motions to Vacate Sentence Habeas Corpus | [ ] 740 Railway Labor Act | FEDERAL TAX SUITS | [ ] 895 Freedom of Information Act |
| [ ] 220 Foreclosure | [ ] 442 Employment | | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/ Accommodations | [ ] 530 General | [ ] 790 Other Labor Litigation | | [ ] 950 Constitutionality of State Statutes |
| [ ] 240 Torts to Land | [ ] 444 Welfare | [ ] 535 Death Penalty | [ ] 791 Empl. Ret. Inc. Security Act | [ ] 871 IRS - Third Party 26 USC 7609 | [X] 890 Other Statutory Actions |
| [ ] 245 Tort Product Liability | [ ] 440 Other Civil Rights | [ ] 540 Mandamus & Other | | | |
| [ ] 290 All Other Real Property | | [ ] 550 Civil Rights | | | |

### VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

This is an action for false advertising under the Lanham Act, Title 15 U.S.C. Section 1121 et seq.

### VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:

JURY DEMAND: [X] YES [ ] NO

### VIII. RELATED CASE(S) IF ANY (See instructions)

JUDGE _____ DOCKET NUMBER _____

DATE 6/23/98

SIGNATURE OF ATTORNEY OF RECORD _Stephanie Sontag_

FOR OFFICE USE ONLY

RECEIPT # 039750   AMOUNT $150.00   APPLYING IPP   JUDGE _____   MAG. JUDGE _____

AO 120 (3/85)

| TO: | REPORT ON THE |
|---|---|
| **Commissioner of Patents and Trademarks**<br>**Washington, D.C. 20231** | **FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT** |

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 U.S.C. 290) you are hereby advised
that a court action has been filed on the following patent(s) in the U.S. District Court:

| DOCKET NO.<br>98cv1155J(LSP) | DATE FILED<br>6/23/98 | U.S. DISTRICT COURT<br>United States District Court, Southern District of California |
|---|---|---|
| PLAINTIFF<br><br>PR Nutrition, Inc. | | DEFENDANT<br><br>BTU Stoker Inc. |

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| [1] See Attachment | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| PATENT NO. | DATE OF PATENT | PATENTEE |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT | | |
|---|---|---|
| | | |
| CLERK | (BY) DEPUTY CLERK | DATE |

Copy 1 - Upon initiation of action, mail this copy to Commissioner   Copy 3 - Upon termination of action, mail this copy to Commissioner
Copy 2 - Upon filing document adding patent(s), mail this copy to Commissioner   Copy 4 - Case file copy

AO 120 (3/85)

| TO:<br><br>**Commissioner of Patents and Trademarks**<br>**Washington, D.C. 20231** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT** |
|---|---|

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 U.S.C. 290) you are hereby advised
that a court action has been filed on the following patent(s) in the U.S. District Court:

| DOCKET NO.<br>98cv1155J(LSP) | DATE FILED<br>6/23/98 | U.S. DISTRICT COURT<br>United States District Court, Southern District of California | | |
|---|---|---|---|---|
| PLAINTIFF<br><br>PR Nutrition, Inc. | | DEFENDANT<br><br>BTU Stoker Inc. | | |
| **PATENT NO.** | **DATE OF PATENT** | **PATENTEE** | | |
| 1  *See attachment* | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

In the above-entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | | | |
|---|---|---|---|---|
| **PATENT NO.** | **DATE OF PATENT** | **PATENTEE** | | |
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT | | |
|---|---|---|
| | | |
| CLERK | (BY) DEPUTY CLERK | DATE |

Copy 1 - Upon initiation of action, mail this copy to Commissioner   Copy 3 - Upon termination of action, mail this copy to Commissioner
Copy 2 - Upon filing document adding patent(s), mail this copy to Commissioner   Copy 4 - Case file copy

AO 120 (3/85)

| TO:<br><br>**Commissioner of Patents and Trademarks**<br>**Washington, D.C. 20231** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT** |
|---|---|

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 U.S.C. 290) you are hereby advised
that a court action has been filed on the following patent(s) in the U.S. District Court:

| DOCKET NO.<br><br>98cv1155J(LSP) | DATE FILED<br><br>6/23/98 | U.S. DISTRICT COURT<br><br>United States District Court, Southern District of California |
|---|---|---|
| PLAINTIFF<br><br>PR Nutrition, Inc. | | DEFENDANT<br><br>BTU Stoker Inc. |

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 1 See Attachment | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | | |
|---|---|---|---|
| **PATENT NO.** | **DATE OF PATENT** | **PATENTEE** | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1 - Upon initiation of action, mail this copy to Commissioner   Copy 3 - Upon termination of action, mail this copy to Commissioner
Copy 2 - Upon filing document adding patent(s), mail this copy to Commissioner   Copy 4 - Case file copy